**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILMIJA DZEBIC,<br><br>    Plaintiff,<br><br>    v<br><br>ROANOKE COMPANIES GROUP INC et al,<br><br>    Defendants.<br>_____/ | No   C 10-2363 VRW<br>       C 10-2364 VRW<br><br>ORDER TO SHOW CAUSE |
| FIKRETA OSMANIK,<br><br>    Plaintiff,<br><br>    v<br><br>ROANOKE COMPANIES GROUP INC et al,<br><br>    Defendants.<br>_____/ | |

      Counsel for plaintiffs moved to withdraw on August 31, 2010.  Doc #218 in 10-2363; Doc #210 in 10-2364.  Plaintiffs are hereby ORDERED to SHOW CAUSE in writing on or before October 1, 2010 why the motion to withdraw should not be granted.  A further scheduling order shall follow resolution of the motion to withdraw.

      IT IS SO ORDERED.

                                          /s/ Vaughn R Walker
                                          _____
                                          VAUGHN R WALKER
                                          United States District Chief Judge