United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIKRETA OSMANKIC,

    Plaintiff,

    v.

ROANOKE COMPANIES GROUP, INC., et al.,

    Defendants.

_____/

No. C 10-2364 PJH

**ORDER**

The court is in receipt of a document filed by plaintiff Fikreta Osmankic, and by Hilmija Dzebic in related case C-10-2363, entitled "Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment, and Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss," filed on August 3, 2011.

The court granted defendants' motion for summary judgment in the above-entitled action brought by plaintiff Fikreta Osmankic on July 26, 2011, following a hearing on July 20, 2011. Thus, to the extent that the document is intended as an opposition to that motion, it is untimely.

To the extent that the document is intended as a motion for reconsideration of the order granting summary judgment for defendants, it is improper because plaintiff did not request leave to seek reconsideration, and the motion does not raise any of the permitted grounds (change in law or fact from that presented prior to entry of order for which

reconsideration is sought; emergence of new material facts or change in law; failure by court to consider material facts or dispositive legal arguments). See Civil L.R. 7-9(a), (b).

To the extent that the document is intended as a sur-reply to defendants' reply in support of their motion to dismiss, it is improper because plaintiff did not request leave to file a sur-reply. See Civil L.R. 7-3(d).

**IT IS SO ORDERED.**

Dated: August 5, 2011

PHYLLIS J. HAMILTON
United States District Judge