Edward B. Ruff (IL #6181322) (pro hac vice)
Michael P. Turiello (IL #6238272) (pro hac vice)
Crystal L. Leighton (IL #6290021) (pro hac vice)
Pretzel & Stouffer, Chartered
One South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 578-7450
*Attorneys for Defendant, Roanoke Companies Group, Inc., n/k/a Brtt, Inc.*

John P. MacNaughton (GA #464550) (pro hac vice)
Seslee S. Mattson (GA #663377) (pro hac vice)
Morris Manning & Martin, LLP
3343 Peachtree Road, N.E., Ste 1600
Atlanta, GA 30326-1044
Telephone: (404) 233-7000
*Attorneys for Defendant, Home Depot USA., Inc.*

Richard M. Williams (SBN 68032)
Gray Duffy, LLP
702 Marshall Street, Suite 600
Redwood City, California 94063
Telephone: (650) 365-7343
*Local Counsel for Defendants, Roanoke Companies Group, Inc., n/k/a Brtt, Inc. and Home Depot USA, Inc.*

DENISE A. DICKERSON (OH#0064947) (pro hac vice)
Sutter O'Connell & Farchione Co., LPA
1301 East 9th Street, Ste 3600
Cleveland, OH 44114
Telephone: (216) 928-2200
*Attorneys for Defendant, AEROFIL TECHNOLOGY, INC.*

RALPH W. ROBINSON (SBN 51436)
CATHERINE E. KOSS (SBN 244857)
Wilson Elser Moskowitz Edelman & Dicker, LLP
525 Market St, 17th Fl.
San Francisco, CA 94105
Telephone: (415) 433-0990
*Local Counsel for Defendant, AEROFIL TECHNOLOGY, INC.*

FINAL JUDGMENT IN FAVOR OF ROANOKE COMPANIES GROUP, INC,
HOME DEPOT U.S.A., INC. AND AEROFIL TECHNOLOGY, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FIKRETA OSMANKIC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ROANOKE COMPANIES GROUP, INC., | ) CASE NO. 4:10-cv-02364-PJH |
| now known as BRTT, INC., | ) |
| HOME DEPOT U.S.A., INC., and | ) |
| AEROFIL TECHNOLOGY, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court, having the matter fully briefed and argued, granted Defendants' Joint Motion for Summary Judgment on the claims of Plaintiff Fikreta Osmanik. Based on this Court's grant of summary judgment in favor of Defendants, coupled with the submissions filed by Defendants at the request of this Court, this matter is ripe for entry of final judgment. Therefore, final judgment is entered in favor of Defendants Roanoke Companies Group Inc, Home Depot U.S.A., Inc. and Aerofil Technology, Inc. and against Plaintiff Fikreta Osmankic.

IT IS SO ORDERED.

Date: 8/12/11



IT IS SO ORDERED
Judge Phyllis J. Hamilton

3095610 v04

FINAL JUDGMENT IN FAVOR OF ROANOKE COMPANIES GROUP, INC,
HOME DEPOT U.S.A., INC. AND AEROFIL TECHNOLOGY, INC.        3095610 v04

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2011, a true copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system. Plaintiff will be served via United States Mail at 1832 Reisling Drive, Lodi, CA 95240.

| | |
|---|---|
| Fikreta Osmankic<br>1832 Reisling Drive<br>Lodi, CA 95240 | *Pro Se Plaintiff* |
| Edward B. Ruff (SBN 6181322)<br>Michael P. Turiello (SBN 6238272)<br>Crystal L. Leighton (SBN 6290021)<br>Pretzel & Stouffer, Chartered<br>One South Wacker Drive, Ste. 2500<br>Chicago, IL 60606<br>Telephone: (312) 578-7450<br>Facsimile: (312) 346-8242 | *Attorneys for Defendant,<br>Roanoke Companies Group, Inc., n/k/a Brtt, Inc.* |
| John P. MacNaughton (SBN 464550)<br>Seslee S. Mattson (SBN 663377)<br>Morris Manning & Martin, LLP<br>3343 Peachtree Road, N.E., Ste. 1600<br>Atlanta, GA 30326<br>Telephone: (404) 233-7000<br>Facsimile: (404) 365-9532 | *Attorneys for Defendant,<br>Home Depot USA., Inc.* |
| Richard M. Williams (SBN 68032)<br>Gray Duffy, LLP<br>702 Marshall Street, Ste. 600<br>Redwood City, CA 94063<br>Telephone: (650) 365-7343<br>Facsimile: (650) 365-6225 | *Local Counsel for Defendants,<br>Roanoke Companies Group, Inc., n/k/a Brtt, Inc. and Home Depot USA, Inc.* |
| Denise A. Dickerson<br>Sutter O'Connell & Farchione Co., LPA<br>1301 East 9th Street, Ste. 3600<br>Cleveland, OH 44114<br>Telephone: (216) 928-2200 | *Attorneys for Defendant, Aerofil Technology Inc.* |

Ralph W. Robinson (SBN 51436)  *Local Counsel for Defendant,*
Catherine E. Koss (SBN 244857)  *Aerofil Technology, Inc.*
Wilson Elser Moskowitz Edelman & Dicker, LLP
525 Market St., 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990