UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIKRETA OSMANKIC,

    Plaintiff,

    v.

ROANOKE COMPANIES GROUP, INC., et al.,

    Defendant.
_____/

No. C 10-2364 PJH

**ORDER**

The court is in receipt of a motion by plaintiff Fikreta Osmankic to consolidate this product liability action with another action – presumably the related case No. C-10-2363 – and a motion for leave to file an amended "class action" complaint. The motions are DENIED, as very little, if anything, remains to be decided in this case. In addition, the deadline for seeking leave to amend has already passed, and plaintiff has articulated no good cause for permitting amendment.[1]

At the point at which this case was transferred from the Northern District of Georgia, fact discovery had closed and the case was ready for trial. Following plaintiff's counsel's withdrawal from the case, plaintiff was given more than six months to locate new counsel. Nevertheless, she failed to do so.

At the April 21, 2011 case management conference, the case was set for trial on November 14, 2011. In the case management and pretrial order that was issued on May 2, 2011, the pretrial conference date was set for October 13, 2011, and the expert discovery cut-off date was set for June 15, 2011. However, plaintiff failed to make her expert

---

[1] The court also previously denied plaintiff's request for leave to amend, which she made orally at the July 20, 2011 hearing on defendants' motion for summary judgment.

available for deposition.

On July 25, 2011, the court granted the motions for summary judgment filed by defendants Roanoke Companies Group, Inc. ("Roanoke"), Home Depot U.S.A., Inc. ("Home Depot"), and Aerofil Technology, Inc. ("Aerofil"), on the basis that plaintiff had no evidence of causation.

Judgment was entered in favor of those defendants on August 12, 2011 (Doc. 287). Also on August 12, 2011, judgment was entered in favor of defendant Ortec, Inc. (Doc. 286), based on the prior grant of summary judgment in that defendant's favor by the Northern District of Georgia. Finally, cross-defendant SLR, Inc., was dismissed from the action on August 12, 2011, pursuant to the stipulated notice of dismissal filed on August 11, 2011.

Thus, the only party remaining in the case other than the plaintiff is defendant Innovative Chemical Technologies, Inc., which purportedly settled with plaintiff in August 2009, well before the case was transferred to this district on June 6, 2010.

Finally, to the extent that plaintiff's motion can be construed as a request for reconsideration of the order granting summary judgment, it is DENIED.

**IT IS SO ORDERED.**

Dated: August 29, 2011

PHYLLIS J. HAMILTON
United States District Judge