UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIKRETA OSMANKIC,

    Plaintiff,

    v.

ROANOKE COMPANIES GROUP, INC., et al.,

    Defendant.
_____/

No. C 10-2364 PJH

**ORDER**

    On July 26, 2011, the court granted the motion of defendants Roanoke Companies Group, Inc. n/k/a BRTT, Inc. ("Roanoke"); Home Depot USA, Inc. ("Home Depot"); and Aerofil Technology, Inc. ("Aerofil") for summary judgment. On August 11, 2011, Roanoke filed a dismissal of its cross-claims against cross-defendant SLR, Inc. On August 12, 2011, the court entered judgment as to defendant Ortec, Inc. ("Ortec"), based on the granting of Ortec's motion for summary judgment by the court in the Northern District of Georgia prior to the transfer of this action to this district.

    However, final judgment cannot be entered because this court's docket indicates that not all claims and parties have been dismissed. Cross-claims filed by Roanoke and by Ortec, Inc. ("Ortec"), remain in the case, as do claims filed by plaintiff against defendant Innovative Chemical Technologies, Inc. ("Innovative").

Accordingly, no later than September 23, 2011, Roanoke and Ortec shall file dismissals of the cross-claims, and Innovative shall file a motion to dismiss the claims asserted against it, or the court will set the case for a mandatory case management conference.

**IT IS SO ORDERED.**

Dated: September 16, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge