EDWARD B. RUFF, III (SBN 6181322)
MICHAEL P. TURIELLO (SBN 6238272)

Pretzel & Stouffer, Chartered
1 South Wacker Drive, Ste. 2500
Chicago, IL 60606
Telephone: (312) 346-1973
*Attorneys for Defendant, ROANOKE COMPANIES GROUP, INC., n/k/a BRTT, INC.*

JOHN P. MACNAUGHTON
SESLEE S. MATTSON
Morris Manning & Martin, LLP
3343 Peachtree Road, N.E., Ste. 1600
Atlanta, GA 30326-1044
Telephone: (404) 233-7000
*Attorneys for Defendant, HOME DEPOT U.S.A., INC.*

RICHARD M. WILLIAMS (SBN 68032)
Gray Duffy, LLP
702 Marshall Street, Suite 600
Redwood City, California 94063
Telephone: (650) 365-7343
Facsimile: (650) 365-6225
*Attorneys for Defendants, ROANOKE COMPANIES GROUP, INC., n/k/a BRTT, INC. and HOME DEPOT U.S.A., INC.*

DENISE A. DICKERSON (OH#0064947)(pro hac vice)
Sutter O'Connell & Farchione Co., LPA
1301 East 9th Street, Ste 3600
Cleveland, OH 44114
Telephone: (216) 928-2200
*Attorneys for Defendant, AEROFIL TECHNOLOGY, INC.*

RALPH W. ROBINSON (SBN 51436)
CATHERINE E. KOSS (SBN 244857)
Wilson Elser Moskowitz Edelman & Dicker, LLP
525 Market St, 17th Fl.
San Francisco, CA 94105
Telephone: (415) 433-0990
*Attorneys for Defendant, AEROFIL TECHNOLOGY, INC.*

4:10-CV-02363-PJH AND 4:10-CV-02364-PJH
REQUEST FOR ENTRY OF FINAL JUDGMENT BY DEFENDANTS ROANOKE COMPANIES GROUP, INC., HOME DEPOT U.S.A., INC. AND AEROFIL TECHNOLOGY, INC.

3131404 v02

| | |
|---|---|
| HILMIJA DZEBIC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 4:10-cv-02363-PJH |
| ROANOKE COMPANIES GROUP, INC., now known as BRTT, INC., HOME DEPOT U.S.A., INC., and AEROFIL TECHNOLOGY, INC., | ) CASE NO. 4:10-cv-02364-PJH |
| Defendants. | ) |
| FIKRETA OSMANIK, | ) |
| Plaintiff, | ) |
| v. | ) |
| ROANOKE COMPANIES GROUP, INC., now known as BRTT, INC., HOME DEPOT U.S.A., INC., and AEROFIL TECHNOLOGY, INC., | ) |
| Defendants. | ) |

## REQUEST FOR ENTRY OF FINAL JUDGMENT BY DEFENDANTS ROANOKE COMPANIES GROUP, INC., HOME DEPOT U.S.A., INC. AND AEROFIL TECHNOLOGY, INC.

On September 16, 2011, the Court entered an Order requiring Roanoke Companies Group, Inc. ("Roanoke"), now known as BRTT, Inc. ("Roanoke") and Ortec, Inc. ("Ortec") to file dismissals of all Cross-Claims in order for final judgment to be entered, stating in part that "final judgment cannot be entered because this court's docket indicates that not all claims and parties have been dismissed."[1] Similarly, the Court ordered that defendant Innovative Chemical Technologies, Inc. ("ICT") file a motion to dismiss the claims asserted against it.[2]

---

[1] Doc. No. 282 in 4:10-cv-02363; and Doc. No. 291 in 4:10-cv-0236.

[2] *Id.*

With respect to Roanoke, the docket is in error as no Cross-Claim other than that against SLR has been filed by Roanoke, which Roanoke previously dismissed. On August 12, 2011, the Court entered the Amended Stipulation and Consent Order of Dismissal submitted by Roanoke dismissing Roanoke's Cross-Claim Against Roanoke with prejudice.[3] On September 23, 2011, Roanoke filed its Stipulation to Dismiss its Cross-Claim against SLR, Inc. in the *Dzebic* case.[4] Roanoke has not filed any Cross-Claim other than those against SLR.[5] Further, Roanoke has reviewed the Multi-District Litigation docket for the *Osmanik* and *Dzebic* cases (MDL Docket Numbers 1:08-cv-00554 and 1:08-cv-00553) as well as the Northern District of California's docket for the *Osmanik* and *Dzebic* cases (Docket Numbers 4:10-cv-02364 and 4:10-cv-02363) and confirmed that no other Cross Claims were filed by Roanoke against any party other than SLR.[6] Because Roanoke dismissed its Cross Claim against SLR in the *Osmanik* case, and filed a Stipulation of Dismissal in the *Dzebic* case, there will be, upon entry of the Stipulation to Dismiss, no pending claims by or against Roanoke. As such, final judgment is ripe and should be entered on behalf of Roanoke as there are no outstanding claims or causes of actions asserted by or against Roanoke. Further, a final judgment is ripe and should be entered on behalf of Home Depot and Aerofil as there are no outstanding claims or causes asserted by or against Home Depot and Aerofil.

With respect to Innovative Chemical Technologies, Inc ("ICT"), counsel for Home Depot transmitted the Court's September 16, 2011 Orders to ICT"s national counsel and requested ICT take

---

[3] Doc. No. 288 in 4:10-cv-02364.

[4] Doc. No. 284 in 4:10-cv-02363.

[5] Declaration of Michael P. Turiello attached hereto as Exhibit 1

[6] *Id.*

4:10-CV-02363-PJH AND 4:10-CV-02364-PJH
REQUEST FOR ENTRY OF FINAL JUDGMENT BY DEFENDANTS ROANOKE COMPANIES GROUP, INC., HOME DEPOT U.S.A., INC. AND AEROFIL TECHNOLOGY, INC.

action to comply with the said Orders[7] Counsel for ICT has advised that he intends to file a Motion to Dismiss pursuant to settlement with the Plaintiffs.[8]

With respect to the Cross Claim originally pled by Ortec against co-defendant ICT in the Stand 'n Seal MDL consolidated in the USDC for the Northern District of Georgia, on August 12, 2011, this Court entered judgment on behalf of Ortec in accordance with the order granting Ortec's summary judgment by the Court in the United States District Court for the Northern District of Georgia.[9] Pursuant to this Court's Orders dated September 16, 2011, counsel for Home Depot transmitted said Orders to former national counsel for Ortec from the *In re Stand 'n Seal Multidistrict Litigation*.[10] Ortec's former counsel informed Home Depot counsel that as a result of the summary judgment order entered in the MDL court, Ortec did not appear in this Court or retain local counsel to represent it in this Court. The Stand 'n Seal MDL docket shows that nearly four years ago, on February 27, 2008, Ortec filed indemnity and contribution Cross Claim against co-defendant ICT in the event Ortec incurred any liability in plaintiffs' underlying actions.[11] Because Ortec has been granted summary judgment in the *Osmanik* and *Dzebic* cases, Ortec's Cross Claim against ICT became and remains moot. Defendants are unaware what, if any, steps Ortec may take to dismiss formally its Cross Claim against ICT. In any event, Defendants will be unfairly

---

[7] The Declaration of attorney for Home Depot, U.S.A., Inc., Ms. Seslee Mattson is attached hereto as Exhibit 2.

[8] *Id.*

[9] Doc. No. 267 in 4:10-cv-02363; and Doc. No 286 in 4:10-cv-0264.

[10] Exhibit 2.

[11] Ortec's Cross Claims against ICT are listed as Document Number 3 on Case Docket Numbers 1:08-cv-00554 and 1:08-cv-00553.

4:10-CV-02363-PJH AND 4:10-CV-02364-PJH
REQUEST FOR ENTRY OF FINAL JUDGMENT BY DEFENDANTS ROANOKE COMPANIES GROUP, INC., HOME DEPOT U.S.A., INC. AND AEROFIL TECHNOLOGY, INC.


prejudiced should final judgment be delayed due to Ortec's abandoned and moot Cross-Claim. Therefore, the Defendants request that this Court take judicial notice of the fact that any Cross-Claim brought by Ortec is moot based upon this court's entry of judgment in Ortec's favor without a finding of liability or payment, and dismiss or administratively close Ortec's pending Cross-Claims to allow entry of final judgment as to the Defendants.

      WHEREFORE, Defendants Roanoke, Home Depot U.S.A., Inc., and Aerofil Technology, Inc. respectfully requests the entry of an order final judgment in favor of Roanoke, Home Depot and Aerofil and against Plaintiffs Osmankic and Dzebic.

**RESPECTFULLY SUBMITTED** this 23rd day of September, 2011.

By: /s/ Michael P. Turiello
    Michael P. Turiello
    Pretzel & Stouffer, Chartered
    One South Wacker Drive
    Chicago, Illinois 60606
    Telephone: (312) 578-7450
    Email: mturiello@pretzel-stouffer.com
    *Attorney for Defendant, ROANOKE*
    *COMPANIES GROUP, INC., n/k/a BRTT. INC.*

By: /s/ Seslee S. Mattson
    Seslee S. Mattson
    Morris Manning & Martin, LLP
    3343 Peachtree Road, N.E., Ste 1600
    Atlanta, GA 30326-1044
    Telephone: (404) 233-7000
    Email: ssm@mmmlaw.com
    *Attorney for Defendant, HOME DEPOT U.S.A.,*
    *INC.*

By: /s/ Denise A. Dickerson
    Denise A. Dickerson (pro hac vice)
    Sutter O'Connell & Farchione
    1301 East 9th Street, Ste 3600
    Cleveland, OH 44114
    Telephone: (216) 928-2200
    Email: ddickerson@sutter-law.com
    *Attorney for Defendant, Aerofil Technology, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of September 2011, a true copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system. Plaintiff will be served via United States Mail at 1832 Reisling Drive, Lodi, CA 95240.

| | |
|---|---|
| Hilmija Dzebic<br>1832 Reisling Drive<br>Lodi, CA 95240 | *Pro Se Plaintiff* |
| Fikreta Osmanik<br>1832 Reisling Drive<br>Lodi, CA 95240 | *Pro Se Plaintiff* |
| Edward B. Ruff (SBN 6181322)<br>Michael P. Turiello (SBN 6238272)<br>Pretzel & Stouffer, Chartered<br>One South Wacker Drive<br>Ste. 2500<br>Chicago, IL 60606<br>Telephone: (312) 578-7450<br>Facsimile: (312) 346-8242 | *Attorneys for Defendant,*<br>*Roanoke Companies Group, Inc., n/k/a Brtt, Inc.* |
| John P. MacNaughton (SBN 464550)<br>Seslee S. Mattson (SBN 663377)<br>Morris Manning & Martin, LLP<br>3343 Peachtree Road, N.E.<br>Ste. 1600<br>Atlanta, GA 30326<br>Telephone: (404) 233-7000<br>Facsimile: (404) 365-9532 | *Attorneys for Defendant,*<br>*Home Depot USA., Inc.* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Richard M. Williams (SBN 68032) | *Local Counsel for Defendants,* |
|   | Gray Duffy, LLP | *Roanoke Companies Group, Inc., n/k/a Brtt,* |
| 3 | 702 Marshall Street | *Inc. and Home Depot USA, Inc.* |
|   | Ste. 600 | |
| 4 | Redwood City, CA 94063 | |
|   | Telephone: (650) 365-7343 | |
| 5 | Facsimile: (650) 365-6225 | |
| 6 | | |
|   | Denise A. Dickerson | *Attorneys for Defendant, Aerofil Technology* |
| 7 | Sutter O'Connell & Farchione Co., LPA | *Inc.* |
|   | 1301 East 9th Street | |
| 8 | Ste. 3600 | |
| 9 | Cleveland, OH 44114 | |
|   | Telephone: (216) 928-2200 | |
| 10 | | |
| 11 | Ralph W. Robinson (SBN 51436) | *Local Counsel for Defendant,* |
|   | Catherine E. Koss (SBN 244857) | *Aerofil Technology, Inc.* |
| 12 | Wilson Elser Moskowitz Edelman & Dicker, LLP | |
| 13 | 525 Market St., 17th Floor | |
| 14 | San Francisco, CA 94105 | |
|   | Telephone: (415) 433-0990 | |